IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEROME COAST, JR, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00333-MTT-CHW |
| | * |
| INTERNAL REVENUE SERVICE, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 13th day of January, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk